PD-1208&1209-15

3 0 days granted
P C
11-24-15

NO. 09-14-0088-CR
09-14-0087-CR
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

JACOB PROVOST
V.
THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
NOV 20 2015
Abel Acosta, Clerk

From Appeal NO. 09-14-0088-CR
TRIAL Cause NO. B130434-R

TO THE HONORABLE JUGES OF THE COURT OF CRIMINAL APPEALS
Comes Now, Jacob Provost, Petitioner, and Files this motion
for an extension of sixty (60) days in which to file a Petition
for Discretionary Review. In Support of this motion,
appellant shows the Court the following.

I.

THE Petitioner was convicted in the 163rd District Court of
Orange County, TEXAS of the offense of Aggravated sexual
Assault in Case NO. 09-14-0088-CR + 09-14-00087, Styled
STATE OF TEXAS VS. Jacob Provost. The Petitioner appealed to the
COURT OF APPEALS Ninth District 1001 Pearl St., Suite 330
Beaumont, Texas 77701. The case was affirmed on August 12, 2015

II

The present deadline for filing the Petition for Descretionary
Review is (30) days.

## III

The Petitioner's request for an extention is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until August 18, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Christine R. Brown-Zeto, has informed Petitioner that she will not represent him on the Petition for Discretionary Review.

Where Fore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case NO. 09-14-00088-CR + 09-14-00082-CR Because on August 24, 2015 Holliday Unit 291 IH 45N Huntsville-Texas, 77320. I Left to go to Byrd Unit 21 FM 247 Huntsville, TK 77320 there in transit its (23) hour lock down I had limited access to the Law-Library. When I first arrived on Byrd Unit my first Law-Library lay-in was September 15, 2015 and on September 17, 2015 the official Notice from Court OF CRIMINAL APPEALS OF TEXAS P.O. BOX 12308, Capitol Station, Austin, TEXAS 78711. After recieving this notice Byrd Unit Law-Library had given me 3 more lay-in's to work on my case after that I was put on Chain again October 19, 2015 to Eastham Unit in Love Lady Texas, 2665 Prison Rd #1, 75851. Soon as I get here I put in I-60 for the law library and on october 28, 2015 I get my first lay in to work on my P.D.R. On November 2, 2015 Eastham goes on lockdown still on lockdown its November 16, 2015 im sending this prayer to the Criminal court of Appeal Austin TEXAS. Please understand that

I have not had time to finish a Petition for Dicretionary Review by November 20, 2015. I Jacob Provost Petitioner prays this Court grant this and extend the deadline for filing the Petition for Dicretionary Review in Case NO. 09-14-00088 at Case NO. 09-14-00087-CR

Jacob Provost
TEXAS Department of Criminal
Justic-Institutional Division
Eastham Unit
TDCJ #1914271
Lovelady, TEXAS 75851

I certify that a true and correct copy of the above and forgoing First Motion for Extension of time to File a Petition for Dicretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for Respondent, Christine R. Brown-Zeto at 1107 Green Av. Orange TX, 77630 and to the STATE Prosecuting Attorney. P.O. Box 12405, Austin, TEXAS 78711 on this the 16 day of November, 2015

Jacob Provost
Petitioner, prose

I, JAcob ProvoST, TDCJ#:1914271, being presently incarcerated in the Eastham Unit of the Texas Department of criminal Justic in Lovelody Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 16 day of November, 2015

Jacob Provost
TDCJ#1914271